FILED

MAR 0 1 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**Attachment 4 – Motion to Proceed *in Forma Pauperis***

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Western   District of   Texas

| | |
|---|---|
| Francisco Rosas | ) |
| *Plaintiff* | ) |
| Boosifier INc DBA Pridestaff | ) |
| Therese Calderon | ) Civil Action No. |
| *Defendant* | ) |

## SA24CA0224 XR

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.   I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*   If I am employed, my employer's name and address are:

    PMI Birdy Properties
    18830 Stone Oak Pkwy, San Antonio, TX 78258

My take-home pay or wages are:   1300   per *(specify pay period)*   Bi weekly / 2X month

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Rev. Ed. October 26, 2017

33

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.   Amount of money that I have in cash or in a checking or savings account:

_____150_____ .

5.   Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Vehicle- $19,000
Home- $284,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Home 2300
Insurance 255
Automobile 700

7.   Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.   Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Credit cards $11,000
Student Loans $35,000

*Declaration:*   I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ___2/5/2024___                                    _____
                                                              *Applicant's signature*

Rev. Ed. October 26, 2017

34

Francisco Rosas
*Printed name*

Rev. Ed. October 26, 2017

**Attachment 5 – Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support (Austin Division ONLY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Francisco Rosas | § | |
| | § | |
| V. | § | Case No. _____ |
| | § | |
| Boosifier Inc DBA Pridestaff Therese calderon | § | |
| | § | |

**APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, _____Francisco Rosas_____
declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

_____

In further support of this application, I answer the following questions:

**Applicant's Name:** _____Francisco Rosas_____

**Applicant's Home Address:** _____5418 King Richard St San Antonio TX 78229_____

**Questions Regarding Ability to Pay**

**Employment:**

Are you now employed?   Yes ☒      No ☐      Am Self Employed ☐

If yes, how much do you earn per month?   $ ___2800_____

If no, give month and year of last employment: _____

How much did you earn per month?   $ _____

36

Rev. Ed. October 26, 2017

Name and Address of current or prior employer: <u>PMI Birdy Properties 18830 Stone Oak Pkwy,</u>
<u>San Antonio, TX 78258</u>

If married, state Spouse's name: <u>Joshua Glass</u>

Is your Spouse employed?    Yes ☒  No ☐

If working, how much does your spouse earn?    $ <u>6,825.72</u>

Do you receive any funds from relatives or for child support?   If so, how much per month do you

receive?  $ <u>N/A</u>

**<u>Other Income</u>:**

Have you received within the past 12 months any income from a business, profession or other form

of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity

payments (such as Social Security benefits), or other sources, including government benefits (such

as A.F.D.C. or Social Security disability benefits)?    Yes ☐    No ☒

If yes, give the amount and identify the sources:

| <u>Received</u> | <u>Sources</u> |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

37

Rev. Ed. October 26, 2017

**Cash**:

Have you any cash on hand or money in savings or checking accounts?    Yes ☐  No ☐

If yes, state total amount:  $ __150_____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and

shelter?

__N/A_____

**Property**:

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property

(excluding ordinary household furnishings and clothing)?    Yes ☐No ☐

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ __$19,000_____ | __Vehicle_____ |
| $ __$19,000_____ | __Vehicle_____ |
| $ __$284,000_____ | __Home_____ |
| $ _____ | _____ |

**Family Status and Dependents**:

Marital Status:    Single ☐    Married ☒    Widowed ☐    Separated ☐   or   Divorced ☐

Total Number of Dependents:____0_____

Are any of your dependents employed?   If so, where:

_____

How much do your dependent(s) earn monthly?    $ _____

List persons you actually support, your relationship to them:

Mother Luz Rosas

Do you pay alimony or child support or any other court-ordered payments?    Yes ☐    No ☒

If yes, list how much and describe:

## Monthly Debts of Applicant and/or Dependents

**Type of Debt**

**Name of Creditor**
**Total Debt**
**Payment**

$ _____
$ _____

$ _____
$ _____

$ _____
$ _____

$ _____
$ _____

## Monthly Expenses of Applicant and/or Dependents

Rent or House Payment:    $ 2,300

Electric & Water Bills:    $ 280

Gas:    $ 0

Phone:    $ 100

Insurance:    $ 300

For what purpose: Vehicles

39

Prescriptions:                              $ ___0_____

    For what purpose: _____

Transportation/Car Payments:                $ __1200_____

    For what purpose: ____Transportation_____

Medical Bills:                              $ __300_____

    For what purpose: ____Mother's Stroke_____

Legal Bills:                                $ ___0_____

    For what purpose: _____

Loans:                                      $ __36,000_____

    For what purpose: ___Student Loans_____

Miscellaneous:                              $ __1200/Month_____

    For what purpose: ___Mothers Medical Bills_____

Is there any more information the Court should consider in making its determination?

    Due to helping Mother and Father through their bills from a Stroke in 2022, Finances are very tight.

    we have worked on reducing medical bills and work on getting promotions/raies at work.

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _____

Printed Name: _Francisco Rosch_

Date: _2/5/2024_

41